Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gaines Jr, Arthur L | Case Number: 07 B 15607 |
|---|---|---|
| | Williams-Gaines, Antionette | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 8/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 28, 2008
Confirmed: February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,373.90 |  |
| Secured: |  | 18,530.59 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,851.50 |
| Trustee Fee: |  | 1,364.65 |
| Other Funds: |  | 1,627.16 |
| Totals: | 24,373.90 | 24,373.90 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,851.50 | 2,851.50 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 18,381.06 | 3,780.00 |
| 4. | Household Financial Corporation | Secured | 26,948.19 | 4,869.00 |
| 5. | Harlem Furniture | Secured | 523.40 | 192.24 |
| 6. | First Midwest Bank | Secured | 6,714.97 | 2,250.00 |
| 7. | Cook County Treasurer | Secured | 7,987.00 | 0.00 |
| 8. | HSBC Mortgage Services | Secured | 13,680.00 | 7,439.35 |
| 9. | Internal Revenue Service | Priority | 9,195.00 | 0.00 |
| 10. | Chase Bank USA NA | Unsecured | 16.81 | 0.00 |
| 11. | Sir Finance Corporation | Unsecured | 156.40 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 687.45 | 0.00 |
| 13. | HSBC Auto Finance | Unsecured | 529.67 | 0.00 |
| 14. | B-Real LLC | Unsecured | 1,214.31 | 0.00 |
| 15. | AmeriCash Loans, LLC | Unsecured | 68.55 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 183.90 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 32.08 | 0.00 |
| 18. | QVC | Unsecured | 22.33 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 132.35 | 0.00 |
| 20. | Nicor Gas | Unsecured | 122.01 | 0.00 |
| 21. | Brother Loan & Finance | Unsecured | 151.36 | 0.00 |
| 22. | Household Financial Corporation | Unsecured | 3.44 | 0.00 |
| 23. | World Financial Network Nat'l | Unsecured | 9.44 | 0.00 |
| 24. | First Midwest Bank | Unsecured | 0.03 | 0.00 |
| 25. | Velma Harris | Priority |  | No Claim Filed |
| 26. | Chicago Post Office Employee C U | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Gaines Jr, Arthur L | Case Number: 07 B 15607 |
|---|---|---|
| | Williams-Gaines, Antionette | Judge: Hollis, Pamela S |
| | Printed: 02/17/09 | Filed: 8/28/07 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 28. | Concentra Health Services | Unsecured | | No Claim Filed |
| 29. | Harris & Harris | Unsecured | | No Claim Filed |
| 30. | UNVL/CITI | Unsecured | | No Claim Filed |
| 31. | New York & Co | Unsecured | | No Claim Filed |
| 32. | Harlem Furniture | Unsecured | | No Claim Filed |
| 33. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 34. | Advocate Health Care | Unsecured | | No Claim Filed |
| 35. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 36. | Consultants In Gastroenterology | Unsecured | | No Claim Filed |
| 37. | Consultants In Pathology | Unsecured | | No Claim Filed |
| | | | $ 89,611.25 | $ 21,382.09 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 566.73 |
| 6.5% | 690.53 |
| 6.6% | 107.39 |
| | $ 1,364.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

